ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:17-CR-_____ |
| v. | 3-17CR-371-K |
| CHAE PONG RAYMOND | |

## WAIVER OF INDICTMENT

Chae Pong Raymond, the defendant, and her attorney, Howard Blackmon, have been informed that a one-count felony information has been filed in which she is accused of committing violations of 18 U.S.C. §§ 1952(a)(1), (3), and (A), Use of a Facility of Interstate Commerce In Aid of a Racketeering Enterprise. The defendant, being advised of the nature of the above charges and the proposed felony information, understands the following:

1. The defendant has the right to have her case presented to a Federal Grand Jury;

2. The Grand Jury must consist of citizens of the Northern District of Texas, and the Grand Jury must consist of not more than 23 nor less than 16 citizens, 12 of whom must vote in favor of an indictment before such an indictment is returned or "true billed";

3. In order to return a "true bill" of indictment, the Grand Jury must find from the evidence presented, that there is probable cause to believe that a federal offense has been committed and that the defendant committed that federal

Waiver of Indictment - Page 1

offense;

4. The defendant may waive or give up her clear legal right to have her case presented to the Grand Jury; and

5. The defendant has discussed the right to waive or give up having her case presented to the Grand Jury with her lawyer, and her lawyer has fully explained the consequences of waiving this legal right.

After consultation with counsel, the defendant hereby voluntarily, knowingly, and intelligently waives now and agrees to later waive in open court her legal right to have her case presented to a Federal Grand Jury and consents that the prosecution may proceed by information rather than by indictment.

Signed this the _____ day of _____, 2017.

_____    7/11/17
CHAE PONG RAYMOND           Date
Defendant

_____    7-11-17
HOWARD BLACKMON             Date
Attorney for Defendant

Waiver of Indictment - Page 2